|  |  |
|---|---|
|  | Form 704-8B |
| UNITED STATES BANKRUPTCY COURT | Rev. 1/05 |
| WESTERN DISTRICT OF VIRGINIA |  |
| LYNCHBURG DIVISION |  |

In re:   Vicky Lee Oakes                                                                    Case No. 08-61941

                                                                                                                            Chapter 7

Debtor(s).

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.


Date:   November 25, 2009                                    **/s/ William F. Schneider**
                                                                                                        William F. Schneider, Trustee
                                                                                                        P.O. Box 739
                                                                                                        Lynchburg, VA  24505
                                                                                                        434.528.0411
                                                                                                        434.845.3666 (FAX)

| | |
|---|---|
| Midland Credit Management<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | $1.99 |
| Danville Diagnostic Imaging Center<br>c/o Piedmont Credit & Collections Services<br>PO Box 1596<br>Danville, VA  24543 | $.93 |
| Danville Orthopedic Clinic<br>c/o Piedmont Credit & Collections Services<br>PO Box 1596<br>Danville, VA  24543 | $.47 |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN  56302-9617 | $1.18 |
| Cardiology Consultants of Danville<br>158 Executive Drive<br>Danville, VA  24541-4160 | $2.24 |
| FIA Card Services N/A/ Bank of America<br>By American Infosource LP as its Agent<br>PO Box 248809<br>Oklahoma City, 73124-8809 | $3.45 |
| AFL-CIO Employees Federal Credit Union<br>1750 New York Avenue, N.W.<br>Washington, DC  20006 | $.67 |